UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHILLIP EUGENE THOMES, JR.,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JUSTINE TUTTLE, JEREMY WILSON, CHRISTINE OBLENESS and SPOKANE DOC BROADWAY OFFICE,<br><br>　　　　　　　　　Defendants. | NO:  2:16-CV-51-RMP<br><br>ORDER DISMISSING COMPLAINT |

By Order filed April 8, 2016, the Court advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty (60) days. ECF No. 7.  Mail sent to Mr. Thomes at the Spokane County Jail was returned as undeliverable on April 12, 2016, ECF No. 8.  Also on that date, Jail administrators advised the Court, in response to the Order granting Plaintiff's application to proceed *in forma pauperis,* ECF No. 5, that Plaintiff had been released to the streets on March 4, 2016.

ORDER DISMISSING COMPLAINT -- 1

1    Plaintiff has not kept the Court apprised of his current address.  He has not
2  amended the complaint as directed, and he has not prosecuted this action further.
3  Therefore, **IT IS ORDERED** that Plaintiff's complaint is **DISMISSED**
4  **WITHOUT PREJUDICE** for failure to notify the Clerk of the Court regarding
5  his change of address and for failure to prosecute, pursuant to Fed. R. Civ. P.
6  41(b).
7    The Clerk is directed to enter this Order, enter judgment, forward a copy to
8  the Plaintiff at his last known address, and close the file.  The Court certifies that
9  any appeal of this dismissal would not be taken in good faith.
10   **DATED** this 13th day of June, 2016.

             *s/ Rosanna Malouf Peterson*
              ROSANNA MALOUF PETERSON
              United States District Judge