# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| PHILIP EUGENE THOMES, JR., <br> *Plaintiff* <br> v. <br> JUSTINE TUTTLE, JEREMY WILSON, CHRISTINE OBLENESS and SPOKANE DOC BROADWAY OFFICE, <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 2:16-CV-51-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to notify Clerk of the Court regarding his change of address and for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on an order to Amend or Voluntarily Dismiss Complaint, ECF 7.

Date: 06/13/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates